UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HALLMARK HEALTH SYSTEMS, INC., ) | Case No. |
| Plaintiff, ) | |
| v. ) | |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, ) | |
| Defendant. | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Hallmark Health Systems, Inc. states the following:

Hallmark Health Corporation is the parent corporation of Hallmark Health Systems, Inc.

Hallmark Health Systems, Inc. is a non-profit corporation organized under the law of Massachusetts and there is no publicly held corporation that owns 10% or more of its stock.

Kevin Post
(D.C. Bar No. 502119)
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC  20005-3948
Tel: 202-508-4600
Fax: 202-508-4650

Dated:  December 14, 2007