**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HALLMARK HEALTH SYSTEM, INC., <br> 585 Lebanon Street <br> Melrose, MA 02176 <br>        Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, <br> U.S. Department of Health and Human Services, <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201 <br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-02254 |

## RESPONSE TO THE ORDER

Plaintiff, Hallmark Health System, Inc., respectfully submits this Response to the Order signed by Judge Emmet G. Sullivan on December 19, 2007, denying leave to file because the Plaintiff's address was omitted from the originally-filed Complaint. Per the clerk's instructions, given December 17, 2007, the Plaintiff filed an Errata correcting the Complaint for Judicial Review, filed by Plaintiff on December 14, 2007, and providing Plaintiff's address, pursuant to LCvR 5.1(e)(1).

Please find the previously-filed Errata attached as Exhibit A.

10859780_1.DOC

                                          ROPES & GRAY LLP

Dated: January 8, 2008

By: /s/ Kevin J. Post
    Kevin J. Post
    D.C Bar No. 502119
    One Metro Center
    700 12th Street, NW
    Suite 900
    Washington, DC 20005
    (202) 508-4600

    Attorneys for Plaintiff,
    HALLMARK HEALTH SYSTEM,
    INC.

**CERTIFICATE OF SERVICE**

  I, Kevin J. Post, Attorney for the Plaintiff, Hallmark Health System, Inc., do hereby certify that I have served a copy of Plaintiff's Response to Order by mailing the same, by First Class Mail to:

 Michael O. Leavitt
 Department of Health and Human Services
 200 Independence Avenue, SW
 Washington, DC 20201

 Jeffrey Taylor
 U.S. Attorney for the District of Columbia
 501 Third Street, NW
 Washington, DC 20001

 Michael B. Mukasey
 U.S. Attorney General
 950 Pennsylvania Avenue, NW
 Washington, DC 20530

Date:  January 8, 2008           /s/ Kevin J. Post_____
                     Kevin J. Post, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| HALLMARK HEALTH SYSTEM, INC., <br> 585 Lebanon Street <br> Melrose, MA 02176 <br>       Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, <br> U.S. Department of Health and Human Services, <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201 <br>       Defendant. | Civil Action No. 07-02254 |

## ERRATA

Plaintiff Hallmark Health System, Inc. respectfully submits this correction to its Complaint for Judicial Review filed December 14, 2007 pursuant to LCvR 5.1(e)(1).

| Page | Correction |
|---|---|
| Page 1, Caption | Add address for Plaintiff: <br><br> Hallmark Health System, Inc. <br> 585 Lebanon Street <br> Melrose, Massachusetts 02176 |
| Page 1, Caption | Add address for Defendant: <br><br> Michael O. Leavitt, Secretary <br> The U.S. Department of <br> Health and Human Services <br> 200 Independence Av., S.W. <br> Washington, D.C. 20201 |

Please find attached as Exhibit A to Errata a corrected first page with corrected caption.

ROPES & GRAY LLP

Dated: December 17, 2007

By: /s/ Kevin J. Post
Kevin J. Post
D.C Bar No. 502119
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC 20005
(202) 508-4600

Attorneys for Plaintiff,
HALLMARK HEALTH SYSTEM,
INC.

# CERTIFICATE OF SERVICE

      I, Kevin J. Post, Attorney for the Plaintiff, Hallmark Health System, Inc., do hereby certify that I have served a copy of Plaintiff's Errata along with the copy of the Complaint by mailing the same, by Registered Mail Return Service:

Michael O. Leavitt  
Department of Health and Human Services  
200 Independence Avenue, SW  
Washington, DC 20201  

Jeffrey Taylor  
U.S. Attorney for the District of Columbia  
501 Third Street, NW  
Washington, DC 20001  

Michael B. Mukasey  
U.S. Attorney General  
950 Pennsylvania Avenue, NW  
Washington, DC 20530  


Date: December 17, 2007                              /s/ Kevin J. Post  
                                                                     Kevin J. Post, Esq.

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HALLMARK HEALTH SYSTEMS, INC., <br> 585 Lebanon Street <br> Melrose, MA 02176 <br>    Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, <br> U.S. Department of Health and Human Services, <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201 <br>    Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 07-02254 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT FOR JUDICIAL REVIEW**

INTRODUCTION

  The plaintiff, Hallmark Health System, Inc. ("Hallmark") seeks judicial review of a decision by the Provider Reimbursement Review Board ("Board" or "PRRB") upholding the denial by the Centers for Medicare & Medicaid Services ("CMS") of Hallmark's claim for reimbursement for a share of its costs incurred by direct graduate medical education ("GME" or "DGME") and indirect medical education ("IME").  A majority of the Board, one member dissenting, upheld CMS's denial of this reimbursement after a one day evidentiary hearing. Hallmark brings this action because the Board's decision was arbitrary, capricious, constituted an abuse of discretion, otherwise was not in accordance with law, was in violation of Hallmark's procedural and due process rights, and otherwise was unsupported by substantial evidence. Hallmark seeks an order reversing the Board's decision and directing CMS to award Hallmark its requested reimbursement for these costs.

10815773_3.DOC