# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLMARK HEALTH SYSTEM, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-02254 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## MOTION TO GRANT WILLIAM S. EGGELING, LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), counsel for Plaintiff Hallmark Health System, Inc. ("Hallmark"), hereby seeks leave for William S. Eggeling to appear *pro hac vice* in this matter on behalf of Hallmark.  As grounds for this motion, movant submits the attached declaration by Mr. Eggeling.

ROPES & GRAY LLP

By:/s/ Kevin J. Post

Dated:  January 22, 2008

Kevin J. Post
D.C Bar No. 502119
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC 20005
(202) 508-4600

Attorney for Plaintiff,
HALLMARK HEALTH SYSTEM, INC.

7291735_1.DOC

## <u>CERTIFICATE OF SERVICE</u>

      I, Kevin J. Post, Attorney for the Plaintiff, Hallmark Health System, Inc., do hereby certify that I have served a copy of Plaintiff's Motion for *Pro Hac* Admission by ECF on all parties

Date:  January 22, 2008                    <u>/s/ Kevin J. Post          </u>
                                              Kevin J. Post, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HALLMARK HEALTH SYSTEM, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-02254 |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF WILLIAM S. EGGELING IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

I, William S. Eggeling, make the following declaration in support of the motion to allow me to appear *pro hac vice* in this case.

1.     My office address is:  Ropes & Gray LLP, One International Place, Boston, MA 02110-2624.  My office telephone number is:  617-951-7000.

2.     I have been and remain a member in good standing of the Bar of the Commonwealth of Massachusetts since 1974, and of the Bar of the State of Rhode Island since 1988.  I certify that I have not been disciplined by any bar.

3.     In addition, I am a member of the Bars of the United States District Courts for the District of Massachusetts and the District of Rhode Island; the United States Circuit Courts of Appeals for the First, Fifth, Sixth and Ninth Circuits; and the Supreme Court of the United States.

3.     I have not previously sought leave to appear *pro hac vice* in this Court.

10838417_1.DOC

4.     I am not a member of the District of Columbia bar, and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

William S. Eggeling

Dated:  January 17, 2008

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLMARK HEALTH SYSTEM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-02254 |
| | ) |
| v. | ) |
| | ) |
| MICHAEL O. LEAVITT, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## Proposed Order

Upon consideration of the Motion to Grant William S. Eggling Leave to Appear P*ro Hac Vice*, it is hereby:

ORDERED, that the Court grants permission for William S. Eggling to appear *pro hac vice* in this action on behalf of Hallmark Health Systems, Inc..

SIGNED this ___ day of _____, 2008.

_____
Emmet G. Sullivan
United States District Judge