UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLMARK HEALTH SYSTEM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.1:07-cv-02254 (EGS) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
|    U.S. Department of Health ) | |
|    and Human Services, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services (the "Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 45-day enlargement of time, up to and including March 28, 2008, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on February 7, 2008 regarding the instant motion. Plaintiff, through counsel, has graciously consented to the extension. In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of its Complaint on December 14, 2007, and the current deadline for the Secretary's response to Plaintiff's Complaint is February 12, 2008. See Fed. R. Civ. P. 12(a)(3)(A).

2. Plaintiff challenges a decision by the Provider Reimbursement Review Board to deny reimbursement under the Medicare statute. The Medicare payment issues and legal issues in this action are complex and require counsel to carefully review the administrative record before answering or otherwise responding to the Complaint.

3. The Office of the Attorney Advisor ("OAA") within the Centers for Medicare and Medicaid Services is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes and, thus, its workload is quite heavy.

4. The Secretary's counsel has not yet received the administrative record for this action. Upon receipt of the administrative record for this action, counsel will need time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint.

5. In order to allow sufficient time for OAA to compile the administrative record, and for counsel to review that record, consult with the agency as necessary and prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of 45 days, up to and including March 28, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

6. This request is made in good faith and not for purposes of delay.

7. The Secretary has not previously requested or received an extension of time to respond to Plaintiff's Complaint.

8. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


_____/s/_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Bar No. 4202982
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 307-0372
Facsimile: (202) 514-8780



_____/s/_____
BRETT BIERER
Attorney
U.S. Department of Health and
    Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1473

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLMARK HEALTH SYSTEM, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>   U.S. Department of Health )<br>   and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No.1:07-cv-02254 (EGS) |

## **ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including March 28, 2008 to answer or otherwise respond to Plaintiff's Complaint.

 

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel