UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLMARK HEALTH SYSTEM, INC, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>    Defendant. ) | Civ. Action No. 07-2254 (EGS)<br>ECF |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record, which contains volumes 1-10, exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
CHRISTOPHER B. HARWOOD
N.Y. Bar No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been sent by Federal Express, this 31st day of March, 2008, addressed to:

**Kevin J. Post**
ROPES & GRAY, LLP
700 12th Street, NW
Suite 900
Washington, DC 20005
(202) 508-4563

/s/
Christopher B. Harwood
Assistant United States Attorney